UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                Plaintiff,

    - against -

USAPE LLC, et al.,

                Defendants.

22-cv-4085 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint by **November 4, 2022**. The defendants may answer or move to dismiss the amended complaint by **November 18, 2022**. If the defendants move to dismiss, the plaintiff may respond by **December 16, 2022**, and the defendants may thereafter reply by **January 6, 2023**.

SO ORDERED.

Dated:    New York, New York
           October 20, 2022

                                            John G. Koeltl
                                  United States District Judge