```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUIGI GIROTTO,

               Plaintiff,

     - against -                     22-cv-4085 (JGK)

USAPE LLC, ET AL.,                 ORDER

               Defendants.

JOHN G. KOELTL, District Judge:

Any motion by the plaintiff under Fed. R. Civ. P. 11 concerning the defendants' motions to dismiss, ECF Nos. 22, 23, must be filed by **January 11, 2023**. The parties are reminded that they must comply with Fed. R. Civ. P. 11(c)(2) in connection with any Rule 11 motion for sanctions.

SO ORDERED.

Dated:    New York, New York
           December 14, 2022

                                              John G. Koeltl
                                        United States District Judge