UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,    CASE NO: 1:22-cv-04085-JGK

    Plaintiff,

vs.

USAPE LLC, a Delaware limited liability company, d/b/a A BATHING APE (BAPE) SOHO, and 39 TAPIR LLC, a New York limited liability company,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, LUIGI GIROTTO (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses USAPE LLC, a Delaware limited liability company, d/b/a A BATHING APE (BAPE) SOHO, and 39 TAPIR LLC, a New York limited liability company, without prejudice in this action.

Dated: This 30th day of January, 2023.

    Respectfully submitted,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
bbw@weitzfirm.com

/S/ Robert J. Mirel
Robert J. Mirel, Esq. (RM 2974)
rjm@weitzfirm.com

THE WEITZ LAW FIRM, P.A.
Attorneys for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

LUIGI GIROTTO,                                          CASE NO: 1:22-cv-04085-JGK

    Plaintiff,

vs.

USAPE LLC, a Delaware limited liability
company, d/b/a A BATHING APE (BAPE)
SOHO, and 39 TAPIR LLC, a New York
limited liability company,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    By: /S/ B. Bradley Weitz
        B. Bradley Weitz, Esq. (BW 9365)
        bbw@weitzfirm.com

        /S/ Robert J. Mirel
        Robert J. Mirel, Esq. (RM 2974)
        rjm@weitzfirm.com

        THE WEITZ LAW FIRM, P.A.
        Attorneys for Plaintiff
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, Florida 33160
        Telephone: (305) 949-7777
        Facsimile: (305) 704-3877

## **SERVICE LIST**

Velasquez v. Usape LLC, et al.
Case No.: 1:22-cv-04085-JGK
United States District Court, Southern District of New York


Joshua M. Deal, Esq.
Greenspoon Marder LLP
590 Madison Avenue
Suite 1800
New York, NY 10022
Tel: (212) 524-5000
Email: joshua.deal@gmlaw.com
Attorney for Defendant Usape LLC

Michael L. Kenny, Esq.
450 Lexington Avenue, Suite 3800
New York, NY 10017
Tel: (212) 551-2628
Fax: (212) 490-0536
Email: mkenny@wiggin.com
Attorney for Defendant 39 Tapir LLC